ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Civ. File No. 00-2693 (PAM/JGL)

Plaintiffs,

vs.

D.J. GRAHAM CONSTRUCTION CO.,

Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned matter without prejudice.

Dated: 1/04, 2000

MGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen
Atty Reg. No. 259810
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

Attorneys for Plaintiffs

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

**IT IS HEREBY ORDERED**: pursuant to the Notice of Dismissal by Plaintiffs, this matter is dismissed without prejudice.

Date: Jan 13, 2001

Paul A. Magnuson
Judge of District Court